RECEIVED
MAR 3 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM C. RICHARDSON | CIVIL ACTION NO. 02-1818 Sec P |
| VERSUS | JUDGE DONALD E. WALTER |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion for Relief From Judgment [Doc. #28] filed by petitioner, William C. Richardson. As Richardson filed a Notice of Appeal concurrently with the abovementioned motion, this Court has been stripped of its jurisdiction over this matter. See Shepherd v. International Paper Co., 372 F.3d 326, 329 (5th Cir. 2004) (emphasis in original) ("Once the notice of appeal has been filed, while the district court may *consider* or *deny* a Rule 60(b) motion, . . . it no longer has jurisdiction to *grant* such a motion while the appeal is pending.")

Accordingly, **IT IS ORDERED** that Richardson's Motion for Relief From Judgment [Doc. #28] be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of March, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE