RECEIVED
BY: 
MAY 0 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

WILLIAM C. RICHARDSON

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL ACTION NO. 5:02CV1818
JUDGE WALTER
MAG. JUDGE HORNSBY

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this ___7___ day of __May__, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE